UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PRINCETON DIGITAL IMAGE CORPORATION,** *Plaintiff,* | § § § § § § § § | CAUSE NO. 2:11-CV-39-JRG |
| **V.** | | |
| **RICOH COMPANY, LTD.,** *Defendant.* | | |

# ORDER

Before the Court is Defendant Ricoh Company, Ltd.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), urging this Court to transfer the above-styled action to the Southern District of New York. (Dkt. No. 15). After careful consideration of the parties' written submissions and oral argument presented to the Court on August 8, 2012, the Court hereby **GRANTS** the motion. Upon considering the applicable factors when evaluating a transfer motion pursuant to 28 U.S.C. § 1404(a), the Court finds that the Southern District of New York is clearly more convenient than the Eastern District of Texas.

Accordingly, this case is **ORDERED** transferred to the Southern District of New York.

**So ORDERED and SIGNED this 23rd day of August, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE